IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| WILLIAM E. PRESTON, | ) | Case No. 4:09CV00030 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| DAVID CHARLES MORTON and HEARTLAND EXPRESS, INC., | ) ) ) | By: Jackson L. Kiser  Senior United States District Judge |
| Defendants. | ) ) ) | |

Before me is Defendants' Motion for Summary Judgment, which Defendants filed on May 5, 2010. Plaintiff filed a Memorandum in Opposition on May 19, 2010. Oral arguments on the motion were not held since the issue was submitted on the briefs. Therefore, the matter is ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, I will **DENY** Defendants' Motion for Summary Judgment.

The clerk is directed to send a copy of this Order and the Memorandum Opinion to all counsel of record.

Entered this 24th day of May, 2010.

s/Jackson L. Kiser  
Senior United States District Judge