CLERK'S OFFICE U.S DIST COURT
AT DANVILLE, VA
FILED

JUL 28 2010

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

WILLIAM E. PRESTON,

    Plaintiff,

v.                                       Civil Action No.: 4:09CV00030

DAVID CHARLES MORTON,
AND
HEARTLAND EXPRESS, INC.,

    Defendants.

## DISMISSAL ORDER

This day came the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled, and on their joint motion it is ORDERED that this action be dismissed with prejudice and stricken from the docket.

Each party shall bear their own costs.

Let the Clerk send attested copies of this Order to all counsel of record.

ENTER: 7/28/2010

/s/ Jackson L. Kiser

We ask for this:

_____
D. Cameron Beck, Jr. (VSB #39195)
Joseph M. Moore (VSB# 48591)
MORRIS AND MORRIS, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Tel: 804-344-8300
Fax: 804-344-8359
*Counsel for Defendants*

_____
John D. Gilbody
The Gilbody Law Firm
2222 Monument Ave.
Richmond, VA 23220
(804) 358-0435
(804) 358-0340
*Counsel for Plaintiff*